# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

RONALD EPPINGER

00 - 0131 CR-MORENO
MAGISTRATE JUDGE
DUBÉ

WARRANT FOR ARREST

CASE NUMBER:

FILED by _____ D.C.
MAG. SEC.
FEB 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  RONALD EPPINGER
                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with(brief description of offense)

| | | |
|---|---|---|
| 8 USC 1328 | 18 USC 1956(a)(1)(A)(i) | 18 USC 2 |
| 18 USC 371 | 18 USC 1957(a) | |
| 18 USC 2422(a) | 18 USC 982(a)(1) and (a)(2) | |

**BARRY L. GARBER**
_____
Name of Issuing Officer

_[signature]_
_____
Signature of Issuing Officer

Bail fixed at $ _PTD_____

MAGISTRATE JUDGE
GARBER
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida    2-24-00
_____
Date and Location

by **BARRY L. GARBER**
_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | _[signature]_ |

AO 442 (Rev. 12/85) Warrant for Arrest

FFB 28 2000

Rec'd in MIA Dkt _____

## BOND RECOMMENDATION

DEFENDANT  RONALD EPPINGER

$  P.T.D.         (On Bond)
Risk of Flight   (Personal Surety, Recognizance, Corp. Surey, Cash, Jail, Warrant, Summons, Marshal's Custody)

_____
SCOTT E. RAY
ASSISTANT U. S. ATTORNEY

Last Known Address: _____

What Facility: _____

Agent:  Pamela Martin, IRS and Glen Kelly, FBI
(IRS)(CUSTOMS)(INS)(OTHER)(FBI)(SECRET SERVICE)(DEA)(ATF)