AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PRIOR

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

00 - 0131 - CR-MORENO
MAGISTRATE JUDGE DUBÉ

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

**RONALD EPPINGER**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RONALD EPPINGER__
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

| | | |
|---|---|---|
| 8 USC 1328 | 18 USC 1956(a)(1)(A)(i) | 18 USC 2 |
| 18 USC 371 | 18 USC 1957(a) | |
| 18 USC 2422(a) | 18 USC 982(a)(1) and (a)(2) | |

**BARRY L. GARBER**
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __PTD__

**MAGISTRATE JUDGE GARBER**
United States Magistrate Judge
Title of Issuing Officer

Miami, Florida   2-24-00
Date and Location

**BARRY L. GARBER**
by _____
Name of Judicial Officer

FILED BY ___
01 MAY 21 PM 4:28
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____
Miami, FL

---

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-28-00 | JAMES TASSONE | |
| DATE OF ARREST | U.S. MARSHAL, S/FL | BY: PETE CAJIGAL, SDUSM |
| 5-11-01 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

11/8

## BOND RECOMMENDATION

DEFENDANT  RONALD EPPINGER

$  P.T.D.          (On Bond)
Risk of Flight    (Personal Surety, Recognizance, Corp. Surey, Cash, Jail, Warrant,
                   Summons, Marshal's Custody)

_____
SCOTT E. RAY
ASSISTANT U. S. ATTORNEY

Last Known Address: _____

What Facility: _____

Agent:   Pamela Martin, IRS and Glen Kelly, FBI
(IRS)(CUSTOMS)(INS)(OTHER)(FBI)(SECRET SERVICE)(DEA)(ATF)