Recusal

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAG. SEC.

MAY 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA ]   CASE NUMBER: CR 00-131-Cr-Moreno
                Plaintiff ]
          -vs-            ]   REPORT COMMENCING CRIMINAL   K-N
                          ]           ACTION
                          ]
__EPPINGER, RONALD__      ]   __62230-004__
                Defendant        USMS Number

*************************************************************
TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.
*************************************************************
COMPLETE ALL ITEMS.  INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: _____ AM ____ PM ____

(2) LANGUAGE SPOKEN: __ENGLISH__

(3) OFFENSE(S) CHARGED: __8 USC 1328 / 18 USC 371, ETC.__

(4) UNITED STATES CITIZEN:   ( ) YES   ( ) NO   ( ) UNKNOWN

(5) DATE OF BIRTH: __2-25-36__

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [ ] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
        CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____    WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: _____  ARRESTING OFFICER: _____

(10) AGENCY: __USMS__   (11) PHONE: _____

(12) COMMENTS: _____

AO 442 (Rev. 12/85) Warrant for Arrest   AUSA PRIOR   I R S/F B I   **SEALED INDICTMENT**

# United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

00 - 0131-CR-MORENO
MAGISTRATE JUDGE
DUBÉ

UNITED STATES OF AMERICA

V.  WARRANT FOR ARREST

**RONALD EPPINGER**  CASE NUMBER:

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   RONALD EPPINGER
                                                                   Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

| | | |
|---|---|---|
| 8 USC 1328 | 18 USC 1956(a)(1)(A)(i) | 18 USC 2 |
| 18 USC 371 | 18 USC 1957(a) | |
| 18 USC 2422(a) | 18 USC 982(a)(1) and (a)(2) | |

**BARRY L. GARBER**  **MAGISTRATE JUDGE GARBER**
_____  United States Magistrate Judge
Name of Issuing Officer  Title of Issuing Officer

_____  Miami, Florida   2-24-00
Signature of Issuing Officer  Date and Location

Bail fixed at $  PTD  **BARRY L. GARBER**
  by _____
    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## BOND RECOMMENDATION

DEFENDANT  RONALD EPPINGER

$  P.T.D.        (On Bond)
Risk of Flight   (Personal Surety, Recognizance, Corp. Surey, Cash, Jail, Warrant,
                  Summons, Marshal's Custody)

_____
SCOTT E. RAY
ASSISTANT U. S. ATTORNEY

Last Known Address: _____

What Facility: _____

Agent:   Pamela Martin, IRS and Glen Kelly, FBI
(IRS)(CUSTOMS)(INS)(OTHER)(FBI)(SECRET SERVICE)(DEA)(ATF)