UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01   AUG 15   PM 12: 28

CLERK        DIST. CT.
S.D. OF    - MIAMI

CASE NO.: 00-CR-00131-MORENO

UNITED STATES OF AMERICA,　　　\*

　　　　Plaintiff,　　　　　　　\*

vs.　　　　　　　　　　　　　\*

RONALD R. EPPINGER,　　　　　\*

　　　　Defendant.　　　　　　\*

_____

## EMERGENCY MOTION FOR FORTY-EIGHT (48) HOUR
## FURLOUGH TO ATTEND FUNERAL SERVICE

COMES NOW  the Defendant, RONALD R. EPPINGER, by and through his undersigned attorney, and moves this Honorable Court for an order allowing the defendant a forty-eight (48) hour furlough to attend funeral services for his father, and would state;

1.　　The defendant is charged in a multi-count indictment with conspiracy to import an alien for the purposes of prostitution in violation of Title 8, U.S.C. §1328; employed an alien for the purpose of prostitution in violation of Title 8, U.S.C. §1328 and Title 18, U.S.C. §2, persuaded to travel in foreign commerce to engage in prostitution in violation of Title 18, U.S.C. §2422(a) and money laundering in violation of Title 18 U.S.C. §1956(a)(1)(A)(I) and 2.

2.    On May 14, 2001 the defendant was ordered pre-trial detained by the Honorable Magistrate Judge Andrea M. Simonton.

3.    That subsequent to his arraignment the defendant has entered into plea negotiations with the United States government resulting in a plea agreement. Consistent with the plea agreement, it is the intent of the defendant to enter his guilty plea consistent with the terms and conditions of the plea agreement upon the return of Assistant United States Attorney, Scott Ray from his vacation.  As a result of Mr. Ray's absence from the district the undersigned in an effort in good faith to resolve by agreement the subject matter has been unable to obtain Mr. Ray's position on the instant motion.

4.    The defendant's father, Robert Moyer, passed away on August 13, 2001 at 10:30 p.m.  His wake services will be on Thursday, August 16, 2001 at Mercendante Funeral Home between 8:30 a.m. and 9:30 a.m., followed by a Mass at St. Jorge's Cathedral on 30 Anna Street in Worcester, Massachusetts and finally the burial.  The family has made flight arrangements for Mr. Eppinger and an itinerary is attached hereto.

5.    If the court requires the presence of the United States Marshall on the flight to Massachusetts or at the funeral, the defendant will defray all costs for the presence of the United States Marshall.

WHEREFORE, the Defendant, RONALD EPPINGER,  moves this Honorable Court to grant his Emergency Motion for Forty-Eight (48) hour furlough to attend funeral services.

Respectfully submitted,

NATHAN P. DIAMOND, P.A.
Florida Bar No.: 146503
1221 Brickell Avenue
Suite 1020
Miami, Florida  33131
(305) 371-5300

By:_____
NATHAN P. DIAMOND, ESQUIRE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the defendant's Emergency Motion for Forty-Eight (48) hour Furlough to Attend Funeral Services was hand-delivered this 15th day of August, 2001 to Scott Ray, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, Florida 33132.

By:_____
NATHAN P. DIAMOND, ESQUIRE

Aug 14 01 06:38p      Ron Eppinger JR              561-369-1913           p.2

08/14/2001  16:40   9047974603          ANCIENT CITY TRAVEL              PAGE  01

INVOICE NUMBER 0000016356                                         1/   1

ANCIENT CITY TRAVEL SOUTH INC        AGENT BK/AG BOOKING REF X9V6WU
4473 US 1 SOUTH STE102                                    16357
SAINT AUGUSTINE      FL 32086        EPPINGER/RONALD
                904 797 6424

DATE: AUG 14 2001

SERVICE          DATE  FROM            TO            DEPART   ARRIVE

US AIRWAYS            15AUG FT LAUDERDA FL BOSTON MA    1230P    356P
US 2828    K         WED   FLL INTL    LOGAN INTL
                     EQP: BOEING 737-200 MIXED CONFIGURATION
                     SEAT 09C CONFIRMED

US AIRWAYS           17AUG BOSTON MA    FT LAUDERDA FL  155P    525P
US 2929    V         FRI   LOGAN INTL   FLL INTL
                     EQP: BOEING 737-200 MIXED CONFIGURATION
                     SEAT 04B CONFIRMED

     AIR FARE 167.44      TAX 24.06         TOTAL USD        191.50
                                       SERVICE FEE/MCO USD    10.00

                                       INVOICE TOTAL USD     201.50

TICKET PAYMENT CCVI4384340005993645/0403/A014721
MCO PAYMENT: EPPINGER/RONALD CCVI4384340005993645/0403/A014693

RESERVATION NUMBER(S)  US/CYAITK

EPPINGER/RONALD                    TICKET:US/ETKT 037 /0429563337
EPPINGER/RONALD                         MCO:     890 8133904765